# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SWITCH, LTD.,

    Plaintiff(s),

v.

UPTIME INSTITUTE, LLC, et al.,

    Defendant(s).

Case No.: 2:19-cv-00631-GMN-NJK

**ORDER**

(Docket No. 47)

Pending before the Court is Plaintiff's motion to extend time to file a responsive pleading to Defendants' motion for protective order. Docket No. 47. For good cause shown, the Court **GRANTS** Plaintiff's motion. *Id.* Plaintiff shall file its responsive pleading no later than February 24, 2020. All other deadlines in the Court's order at Docket No. 18 remain in effect.

IT IS SO ORDERED.

Dated: February 19, 2020

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge