SAMUEL D. CASTOR, ESQ. (NBN 11532)
ANNE-MARIE BIRK, ESQ. (NBN 12330)
Email: policy@switch.com
SWITCH, LTD.
7135 South Decatur Ave.
Las Vegas, Nevada 89118
Telephone: 702/444-4111

JAMES D. BOYLE, ESQ. (NBN 08384)
E-mail: jboyle@nevadafirm.com
JOANNA M. MYERS, ESQ. (NBN 12048)
E-mail: jmyers@nevadafirm.com
JESSICA M. LUJAN, ESQ. (NBN 14913)
E-mail: jlujan@nevadafirm.com
HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

*Attorneys for Plaintiff /Counter-Defendant
Switch, Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SWITCH, LTD., a Nevada corporation,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>UPTIME INSTITUTE, LLC, a Delaware limited liability company; and UPTIME INSTITUTE PROFESSIONAL SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants/Counterclaimants. | CASE NO.:  2:19-cv-00631-GMN-NJK<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER [DKT. #45] (SECOND REQUEST) AND DEFENDANTS' MOTION TO EXCLUDE PLAINTIFF'S INSIDE COUNSEL SAMUEL CASTOR FROM TAKING AND DEFENDING DEPOSITIONS [DKT. #46] (FIRST REQUEST)** |

Plaintiff SWITCH, LTD., and Defendants UPTIME INSTITUTE, LLC, and UPTIME INSTITUTE PROFESSIONAL SERVICES, LLC, (collectively, the "Parties"), by and through their respective counsel, respectfully submit the following Stipulation and Order for Extension of Time to File Responsive Pleadings in accordance with LR IA 6-1.

- 1 -

17212897.2.LITIGATION

The parties have decided today to engage in active settlement discussions and would like to spend the next eighteen (18) days focusing on those negotiations, attempting to resolve this case, rather than on motion practice. To allow the parties to conduct meaningful settlement discussions, the Parties hereby request an extension of the following deadlines that will occur in the next 18 days.

**A.      Defendants' Motion for Protective Order [Dkt. #45]**

Defendants filed their Motion for Protective Order [Dkt #45] ("Motion") on February 14, 2020. Plaintiff asked Defendants for an extension of time of five days to file its response. On February 18, Plaintiff proposed to Defendants an agreement including the requested extension for plaintiff and a five-day extension for Defendants to file their reply brief. However, moments thereafter, Plaintiff filed a Motion to Extend Time for Plaintiff to File Responsive Pleading [Dkt. #47] with the court, requesting the extension for Plaintiff only, as Plaintiff's counsel had not yet seen the proposed agreement.

The Court entered an Order on February 19 [Dkt. #48], granting the motion and making Plaintiff's responsive pleading due on February 24, 2020. Plaintiff has since agreed to the requested extension for the reply brief as well, which would extend the deadline for the reply until March 2, 2020.

Pursuant to Stipulation of the Parties, the Parties request that the Court grant their request to extend the currently agreed responsive pleading deadlines by eighteen (18) days, as follows:

| | |
|---|---|
| Plaintiff's current response deadline: | February 24, 2020 |
| **Requested response deadline:** | **March 13, 2020** |
| Defendants' current reply deadline: | February 26, 2020 |
| **Requested reply deadline:** | **March 20, 2020** |

This is the second request for extension of time for the Parties to file responsive pleadings to Defendants' Motion [Dkt. #45]. This request is not dilatory nor will it cause any undue delay in this litigation, but instead is designed to allow for meaningful settlement discussion. Also, in the event that the parties are unable to settle the case, the parties agree that Defendants may have one

17212897.2.LITIGATION

week to reply in support of their Motion for Protective Order, as Defendants' moving brief was 23 pages and Plaintiff's response is expected to be substantial.

**B.      Defendants' Motion to Exclude Plaintiffs' Inside Counsel Samuel Castor from Taking and Defending Depositions ("Motion to Exclude") [Dkt. #46]**

Defendants filed their Motion to Exclude on February 14, 2020. The current deadline for Plaintiff to file a responsive pleading is February 28, 2020. Pursuant to LR 7-2(b), Defendants' reply is due March 6, 2020.

Pursuant to Stipulation of the Parties, the Parties request that the Court grant their request to extend the current responsive pleading deadlines by eighteen (18) days, as follows:

| | |
|---|---|
| Plaintiff's current response deadline: | February 28, 2020 |
| **Requested response deadline:** | **March 17, 2020** |
| Defendants' current reply deadline: | March 6, 2020 |
| **Requested reply deadline:** | **March 24, 2020** |

This is the first Stipulation for extension of time for the Parties to file responsive pleadings to Defendants' Motion [Dkt. #46]. This request is not dilatory nor intended to cause any undue delay in this litigation.

**C.      Motion to Dismiss Second Amended Complaint**

On February 4, 2020, Plaintiff filed its Second Amended Complaint. The deadline for Defendants to answer or move in response is March 5, 2020.

This is the first Stipulation for extension of time for the Defendants to answer or move in response to the Second Amended Complaint.

Pursuant to Stipulation of the Parties, the Parties request that the Court grant their request to extend the current deadline for Defendants to answer or move in response to the Second Amended Complaint by eighteen (18) days, as follows:

///
///
///

| | | |
|---|---|---|
| 1 | Plaintiff's current response deadline: | March 5, 2020 |
| 2 | **Requested response deadline:** | **March 23, 2020** |

IT IS SO STIPULATED this 24th day of February, 2020.

| DECHERT LLP | SWITCH, LTD. |
|---|---|
| BY: */s/: Diane Siegel Danoff* <br> Diane Siegel Danoff (admitted *pro hac vice*) <br> Luke M. Reilly (admitted *pro hac vice*) <br> DECHERT LLP <br> Cira Centre, 2929 Arch Street <br> Philadelphia, PA 19104-2808 <br> (215) 994-4000 (Telephone) <br> (215) 994-2222 (Facsimile) <br> Email: diane.danoff@dechert.com <br> Email: luke.reilly@dechert.com <br><br> Chad R. Fears, Esq. (SBN 6970) <br> Joshua D. Cools, Esq. (SBN 11941) <br> EVANS FEARS & SCHUTTERT LLP <br> 2300 West Sahara Avenue, Suite 950 <br> Las Vegas, NV 89102 <br> 702-805-0290 (Telephone) <br> 702-805-0291 (Facsimile) <br> Email: cfears@efstriallaw.com <br> Email: jcools@efstriallaw.com <br><br> Jennifer Insley-Pruitt (admitted *pro hac vice*) <br> DECHERT LLP <br> Three Bryant Park <br> 1095 Avenue of the Americas <br> New York, NY 10036 <br> (212) 698-3500 (Telephone) <br> (212) 698-3599 (Facsimile) <br> Email: jennifer.insley-pruitt@dechert.com <br> *Attorneys for Defendants Uptime Institute, LLC and Uptime Institute Professional Services, LLC* | BY: */s/: Samuel D. Castor* <br> Samuel D. Castor, Esq. (SBN 11532) <br> SWITCH, LTD. <br> 7135 South Decatur Avenue <br> Las Vegas, NV 89118 <br> (702) 444-4102 (Telephone) <br> Email: sam@switch.com <br><br> James D. Boyle, Esq. (SBN 08384) <br> Joanna M. Myers, Esq. (SBN 12048) <br> Jessica M. Lujan, Esq. (SBN 14913) <br> HOLLEY DRIGGS WALCH <br> FINE PUZEY STEIN & THOMPSON <br> 400 South Fourth Street, Third Floor <br> Las Vegas, NV 89101 <br> (702) 791-0308 (Telephone) <br> Email: jboyle@nevadafirm.com <br> Email: jmyers@nevadafirm.com <br> Email: jlujan@nevadafirm.com <br> *Attorneys for Plaintiff* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated: February 26, 2020

- 4 -

17212897.2.LITIGATION