DocuSign Envelope ID: 471ED8EF-D8A0-46AF-979C-C348BDE51C76

Diane Siegel Danoff (admitted *pro hac vice*)
Luke M. Reilly (admitted *pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Telephone)
Email: diane.danoff@dechert.com
Email: luke.reilly@dechert.com

Jennifer Insley-Pruitt (admitted *pro hac vice*)
DECHERT LLP
Three Bryant Park, 1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500 (Telephone)
Email: jennifer.insley-pruitt@dechert.com

Chad R. Fears
Nevada Bar No. 6970
Joshua D. Cools
Nevada Bar No. 11941
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, Nevada 89102
702-805-0290 (Telephone)
Email: cfears@efstriallaw.com
Email: jcools@efstriallaw.com

*Attorneys for Defendants and Counterclaim Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SWITCH, LTD., a Nevada corporation,<br><br>            Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>UPTIME INSTITUTE, LLC, a Delaware limited liability company; and UPTIME INSTITUTE PROFESSIONAL SERVICES, LLC, a Delaware limited liability company,<br><br>            Defendants-Counterclaim Plaintiffs. | **Case No. 2:19-cv-00631-GMN-NJK**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the parties as follows:

(1) Plaintiff Switch's claims and causes of action in the above-captioned cases are voluntarily dismissed WITH prejudice;

(2) The counterclaims and causes of action of Defendants Uptime Institute, LLC and Uptime Institute Professional Services, LLC in the above-captioned case are voluntarily dismissed WITH prejudice; and

(3) Each party is to bear its own expenses, attorneys' fees and costs.

IT IS SO STIPULATED this  14  day of  May , 2020.

DECHERT LLP

BY: /s/ Diane Siegel Danoff
Diane Siegel Danoff (admitted *pro hac vice*)
Luke M. Reilly (admitted *pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104-2808
(215) 994-4000 (Telephone)
(215) 994-2222 (Facsimile)
Email: diane.danoff@dechert.com
Email: luke.reilly@dechert.com

Chad R. Fears, Esq. (SBN 6970)
Joshua D. Cools, Esq. (SBN 11941)
EVANS FEARS & SCHUTTERT LLP
2300 West Sahara Avenue, Suite 950
Las Vegas, NV 89102
702-805-0290 (Telephone)
702-805-0291 (Facsimile)
Email: cfears@efstriallaw.com
Email: jcools@efstriallaw.com

Jennifer Insley-Pruitt (admitted *pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500 (Telephone)
(212) 698-3599 (Facsimile)
Email: jennifer.insley-pruitt@dechert.com
*Attorneys for Defendants Uptime Institute, LLC and Uptime Institute Professional Services, LLC*

SWITCH, LTD.

BY: /s/ Samuel D. Castor
Samuel D. Castor, Esq. (SBN 11532)
SWITCH, LTD.
7135 South Decatur Avenue
Las Vegas, NV 89118
(702) 444-4102 (Telephone)
Email: sam@switch.com

James D. Boyle, Esq. (SBN 08384)
Joanna M. Myers, Esq. (SBN 12048)
Jessica M. Lujan, Esq. (SBN 14913)
HOLLEY DRIGGS WALCH
FINE PUZEY STEIN & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, NV 89101
(702) 791-0308 (Telephone)
Email: jboyle@nevadafirm.com
Email: jmyers@nevadafirm.com
Email: jlujan@nevadafirm.com
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**
Dated this 14  day of May, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court